UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL G. NEVERS                           CIVIL ACTION

VERSUS                                      NO. 08-4083

CLAIBORNE PARISH DETENTION CENTER           SECTION "C"(1)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Michael G. Nevers is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE